ATTORNEY GRIEVANCE COMMISSION    \*    IN THE

OF MARYLAND    \*

   \*    COURT OF APPEALS

   \*

   \*    OF MARYLAND

   \*

         Petitioner    \*    Misc. Docket AG

   \*

vs.    \*    No. 116

   \*

KEVIN ANTHONY RING    \*    September Term, 2013

   \*

   \*

   \*

         Respondent    \*

## *ORDER*

This matter came before the Court on the Joint Petition of the Attorney Grievance

Commission of Maryland and Respondent, Kevin Anthony Ring, Esquire, to disbar the

Respondent from the practice of law.

The Court having considered this Petition, it is this  28th day of     May     ,

2014.

ORDERED, that Respondent, Kevin Anthony Ring, be and he is hereby disbarred from

the practice of law in the State of Maryland.

ORDERED, that the Clerk of this Court shall remove the name of Kevin Anthony Ring,

from the register of attorneys in the Court and certify that fact to the Client Protection Fund of

the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with

Maryland Rule 16-772(d).

/s/ Glenn T. Harrell, Jr.

Senior Judge